*Lodged Proposed Order*

1  John Doe 1
2  Johndoe19099@gmail.com
   Defendant in Pro Per

FILED
MAY 31, 2012

2012 MAY 31  PM 12:09

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Malibu Media, LLC | ) | Civil Action No. 2:12-cv-01642-RGK-SSx |
| Plaintiff, | ) | |
| | ) | **Defendant's** |
| vs. | ) | **NOTICE OF MOTION AND** |
| | ) | **MOTION TO DISMISS/SEVER AND** |
| John Does 1-10, | ) | **FOR A PROTECTIVE ORDER** |
| Defendants | ) | **AND/OR TO QUASH SUBPOENA** |
| | ) | |
| | ) | Hearing Date: Aug. 27, 2012 |
| | ) | Hearing Time: 9:00am |
| | ) | Judge: Hon. R. Gary Klausner |
| | ) | Place: Courtroom 850 |

**TO THE HONORABLE COURT AND TO ALL PARTIES:**

PLEASE TAKE NOTICE that on Monday, August 27, 2012, at 9:00am, or as soon thereafter as this matter may be heard in the above-entitled Court located at 312 N. Spring St., Los Angeles, CA 90012, John Doe 1, the Defendant in this case, will move this Court to: Dismiss/Sever and for a Protective Order and/or to Quash Subpoena.

DATED: 5/31/2012

By:  s/John Doe 1
     John Doe 1
     Defendant in Pro Per

1
Notice of Motion and Motion