Leemore Kushner (SBN 221969)
KUSHNER LAW GROUP
801 North Citrus Avenue
Los Angeles, California 90038
Telephone: (323) 515-7894
Facsimile: (323) 544-8170
Email: lkushner@kushnerlawgroup.com

Attorneys for Plaintiff Malibu Media, LLC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1 through 10,<br><br>Defendants. | Case No. CV 12-1642 RGK (SSx)<br><br>**PLAINTIFF'S SECOND DECLARATION IN SUPPORT OF ITS FURTHER RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE WHY THIS COURT HAS PERSONAL JURISDICTION OVER THE DOE DEFENDANTS** |

## DECLARATION OF EMILIE KENNEDY

I, declare as follows:

1. I am over the age of 18 and otherwise competent to make this declaration. I am an associate with Lipscomb, Eisenberg & Baker, PL, which acts as national outside counsel for Malibu Media's BitTorrent copyright infringement cases, and in that capacity is responsible for monitoring all aspects of those cases.

2. Lipscomb, Eisenberg & Baker, PL has been charged with the responsibility of monitoring all aspects of the BitTorrent infringement cases filed in

the Central District of California.

3. The method which IPP used to detect the infringement and record the IP address used by the Doe defendants in all of these cases is set forth in its Declaration of Tobias Fieser which is attached as an Exhibit to Plaintiff's Motion for Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference [Docket no. 5].

4. IPP Limited provided Plaintiff with the Doe Defendants' IP addresses, hit dates of infringement, and the correlating hash values for each infringement.

5. Maxmind® Premium's IP geolocation tracing service was used to determine that each of the Doe Defendants' IP addresses trace to a location inside the Central District of California.

6. Maxmind® Premium's IP geolocation tracing service was also used in all of Plaintiff's other federal cases across the country.

7. In the Central District of California, subpoenas issued in the cases listed below have identified 92 Doe defendants. I compared Exhibit A in each of the Complaints in the cases listed below to the subpoena responses received from the ISPs. The subpoena responses confirm that all 92 Doe defendants were located within this district, and thus, the city traces returned by this process accurately predicted the correct state and district 100% of the time.

The list of cases include:
- Patrick Collins, Inc. v. John Does 1-8, 2:11-cv-02360-DSF-DTB (C.D. Cal. March 18, 2011);
- Patrick Collins, Inc. v. John Does 1-10, 2:11-cv-02798-DSF-DTB (C.D. Cal. April 1, 2011);
- Patrick Collins, Inc. v. John Does 1-10, 2:11-cv-02803-DSF-DTB (C.D. Cal. April 1, 2011);
- Patrick Collins, Inc. v. John Does 1-10, 2:11-cv-02802-DSF-DTB (C.D. Cal. April 1, 2011);

- <u>Patrick Collins, Inc. v. John Does 1-10</u>, 2:11-cv-02796-DSF-DTB (C.D. Cal. April 1, 2011);
- <u>Patrick Collins, Inc. v. John Does 1-10</u>, 2:11-cv-02799-DSF-DTB (C.D. Cal. April 1, 2011);
- <u>Patrick Collins, Inc. v. John Does 1-10</u>, 2:11-cv-02797-SVW-CW (C.D. Cal. April 1, 2011);
- <u>Patrick Collins, Inc. v. John Does 1-10</u>, 8:11-cv-01180-JVS-AN (C.D. Cal. Aug. 8, 2011);
- <u>Patrick Collins, Inc. v. John Does 1-10</u>, 2:12-cv-01180-JVS-AN (C.D. Cal. Aug. 8, 2011);
- <u>Raw Films Ltd. v. John Does 1-10</u>, 2:12-cv-01653-SVW-JEM (C.D. Cal. Feb. 27, 2012);
- <u>Malibu Media, LLC v. John Does 1-10</u>, 2:12-cv-01647-RGK-SS (C.D. Cal. Feb. 27, 2012)
- <u>Malibu Media, LLC v. John Does 1-10</u>, 2:12-cv-01675-RGK-SS (C.D. Cal. Feb. 28, 2012)
- <u>Malibu Media, LLC v. John Does 1-10</u>, 2:12-cv-03614-GHK-E (C.D. Cal. April 26, 2012)
- <u>Malibu Media, LLC v. John Does 1-10</u>, 2:12-cv-03621-RGK-SS (C.D. Cal. April 26, 2012)
- <u>Malibu Media, LLC v. John Does 1-10</u>, 2:12-cv-00651-RGK-SS (C.D. Cal. April 26, 2012)
- <u>Malibu Media, LLC v. John Does 1-10</u>, 2:12-cv-03622-RGK-SS (C.D. Cal. April 26, 2012)

8. Maxmind® continues to predict that the IP Addresses in the cases pending in the Central District trace to a location within the Central District of California. On July 26-27, 2012, my office ran the IP Addresses listed on Exhibit A to each Complaint in this case and all of its related cases through the Maxmind® geolocation database to determine whether the results continue to trace the Doe defendants to locations within the Central District. Attached as Exhibit A is a true and correct copy of the results of that search broken organized by case.

9. Exhibits B and C are examples of the screen shot that Maxmind® provides if only one IP Address is entered.

DECLARATION OF EMILIE KENNEDY

1

2  FURTHER DECLARANT SAYETH NAUGHT

3   I declare under penalty of perjury under the laws of the United States of
4  America that the foregoing is true and correct.

5

6

7  _____
   Emilie Kennedy

8

9  Executed July 27, 2012, at Miami, FL.