| IP Address | Country Code | Country Name | Region Code | Region Name | City | Postal | Latitude | Longitude | Metro Code | Area Code | ISP | Organization | Domain Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CCA 12** 2:12-cv-01642-RGK-SS | | | | | | | | | | | | | |
| 71.106.228.100 | US | United States | CA | California | Redondo Beach | | 33.8492 | -118.3984 | 803 | 310 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 173.51.112.117 | US | United States | CA | California | Upland | | 34.0975 | -117.6484 | 803 | 909 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 173.51.42.97 | US | United States | CA | California | Upland | | 34.0975 | -117.6484 | 803 | 909 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 173.51.85.44 | US | United States | CA | California | Camarillo | 93012 | 34.2041 | -118.9807 | 803 | 805 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 173.55.30.140 | US | United States | CA | California | Fontana | 92336 | 34.1476 | -117.4581 | 803 | 909 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 173.58.50.84 | US | United States | CA | California | Murrieta | 92562 | 33.5426 | -117.3391 | 803 | 951 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 71.109.101.114 | US | United States | CA | California | Thousand Oaks | | 34.1706 | -118.8376 | 803 | 805 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 71.254.139.97 | US | United States | CA | California | Fontana | 92336 | 34.1476 | -117.4581 | 803 | 909 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 96.229.57.121 | US | United States | CA | California | Walnut | 91789 | 34.0115 | -117.8555 | 803 | 909 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 96.251.1.53 | US | United States | CA | California | Covina | 91722 | 34.0974 | -117.9073 | 803 | 626 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| **CCA 13** 2:12-cv-01647-RGK-SS | | | | | | | | | | | | | |
| 108.38.50.61 | US | United States | CA | California | Baldwin Park | 91706 | 34.0964 | -117.9668 | 803 | 626 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 108.23.204.61 | US | United States | CA | California | Hesperia | 92345 | 34.3661 | -117.3205 | 803 | 760 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 173.51.199.44 | US | United States | CA | California | Murrieta | 92563 | 33.5789 | -117.1412 | 803 | 951 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 173.58.12.18 | US | United States | CA | California | Menifee | 92584 | 33.6518 | -117.1823 | 803 | 951 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 173.58.47.187 | US | United States | CA | California | Murrieta | 92562 | 33.5426 | -117.3391 | 803 | 951 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 173.60.114.179 | US | United States | CA | California | Moreno Valley | | 33.9375 | -117.2306 | 803 | 951 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 71.106.67.195 | US | United States | CA | California | Hacienda Heights | 91745 | 34.0024 | -117.9757 | 803 | 626 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 71.107.37.38 | US | United States | CA | California | Chino Hills | 91709 | 33.9473 | -117.7289 | 803 | 909 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 74.100.104.109 | US | United States | CA | California | Cerritos | 90703 | 33.8661 | -118.0528 | 803 | 562 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 96.251.175.213 | US | United States | CA | California | Covina | | 34.09 | -117.8903 | 803 | 626 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| **CCA 15** 2:12-cv-01675-RGK-SS | | | | | | | | | | | | | |
| 66.215.109.56 | US | United States | CA | California | Calabasas | | 34.1578 | -118.6384 | 803 | 818 | Charter Communications | Charter Communications | charter.com |
| 75.140.12.133 | US | United States | CA | California | Rancho Cucamonga | | 34.1064 | -117.5931 | 803 | 909 | Charter Communications | Charter Communications | charter.com |
| 68.4.47.175 | US | United States | CA | California | Rancho Palos Verdes | 90275 | 33.7584 | -118.3163 | 803 | 310 | Cox Communications | Cox Communications | cox.net |
| 68.5.228.65 | US | United States | CA | California | Irvine | 92606 | 33.7011 | -117.797 | 803 | 949 | Cox Communications | Cox Communications | cox.net |
| 70.181.127.149 | US | United States | CA | California | Laguna Hills | | 33.5956 | -117.7003 | 803 | 949 | Cox Communications | Cox Communications | cox.net |
| 70.187.166.53 | US | United States | CA | California | Irvine | | 33.6695 | -117.8231 | 803 | 714 | Cox Communications | Cox Communications | cox.net |
| 99.119.16.14 | US | United States | CA | California | Mission Viejo | | 33.6 | -117.672 | 803 | 949 | AT&T Internet Services | AT&T Internet Services | sbcglobal.net |
| 108.0.9.201 | US | United States | CA | California | Cerritos | 90703 | 33.8584 | -118.0648 | 803 | 562 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 108.13.175.199 | US | United States | CA | California | Redondo Beach | 90278 | 33.8743 | -118.3721 | 803 | 310 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 72.87.255.178 | US | United States | CA | California | Redondo Beach | | 33.8492 | -118.3384 | 803 | 310 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| **CCA16** 2:12-cv-03615-RGK-SS | | | | | | | | | | | | | |
| 24.180.20.49 | US | United States | CA | California | Glendale | 91202 | 34.1693 | -118.2663 | 803 | 818 | Charter Communications | Charter Communications | charter.com |
| 24.205.60.35 | US | United States | CA | California | Burbank | 91501 | 34.1994 | -118.2914 | 803 | 818 | Charter Communications | Charter Communications | charter.com |
| 24.205.61.198 | US | United States | CA | California | Burbank | | 34.1808 | -118.309 | 803 | 818 | Charter Communications | Charter Communications | charter.com |
| 66.215.167.246 | US | United States | CA | California | Rancho Cucamonga | 91701 | 34.1431 | -117.616 | 803 | 909 | Charter Communications | Charter Communications | charter.com |
| 76.175.140.59 | US | United States | CA | California | Woodland Hills | 91364 | 34.1519 | -118.6002 | 803 | 818 | Road Runner | Road Runner | rr.com |

EXHIBIT "A"

| IP | Country | CC | State | City | Zip | Lat | Long | Area1 | Area2 | ISP | Domain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 76.90.19.249 | United States | US | California | Newport Beach | | 33.6189 | -117.929 | 803 | 949 | Road Runner | rr.com |
| 76.93.12.250 | United States | US | California | Temecula | | 33.4936 | -117.1484 | 803 | 951 | Road Runner | rr.com |
| 76.94.46.135 | United States | US | California | Los Angeles | | 34.0522 | -118.2437 | 803 | 323 | Road Runner | rr.com |
| 173.55.37.164 | United States | US | California | Granada Hills | 91344 | 34.2942 | -118.5071 | 803 | 818 | Verizon Internet Services | verizon.net |
| 173.60.218.185 | United States | US | California | Camarillo | 93010 | 34.2321 | -119.0752 | 803 | 805 | Verizon Internet Services | verizon.net |

**CCA17   2:12-cv-03614-RGK-SS**

| IP | Country | CC | State | City | Zip | Lat | Long | Area1 | Area2 | ISP | Domain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 68.106.217.144 | United States | US | California | Irvine | 92612 | 33.6378 | -117.8095 | 803 | 949 | Cox Communications | cox.net |
| 68.109.76.176 | United States | US | California | Aliso Viejo | | 33.565 | -117.7276 | 803 | 949 | Cox Communications | cox.net |
| 68.109.85.251 | United States | US | California | Aliso Viejo | | 33.565 | -117.7271 | 803 | 949 | Cox Communications | cox.net |
| 68.228.87.169 | United States | US | California | Irvine | | 33.6695 | -117.8231 | 803 | 714 | Cox Communications | cox.net |
| 68.6.124.183 | United States | US | California | Santa Barbara | | 34.4208 | -119.6982 | 855 | 805 | Cox Communications | cox.net |
| 108.0.37.177 | United States | US | California | Chino Hills | 91709 | 33.9473 | -117.7289 | 803 | 909 | Verizon Internet Services | verizon.net |
| 108.13.152.187 | United States | US | California | Redondo Beach | 90277 | 33.831 | -118.3875 | 803 | 310 | Verizon Internet Services | verizon.net |
| 173.55.47.163 | United States | US | California | Newbury Park | 91320 | 34.1702 | -118.9558 | 803 | 805 | Verizon Internet Services | verizon.net |
| 96.229.170.146 | United States | US | California | Upland | | 34.0975 | -117.6484 | 803 | 909 | Verizon Internet Services | verizon.net |
| 98.119.225.110 | United States | US | California | Covina | | 34.09 | -117.8903 | 803 | 626 | Verizon Internet Services | verizon.net |

**CCA18   2:12-cv-03619-RGK-SS**

| IP | Country | CC | State | City | Zip | Lat | Long | Area1 | Area2 | ISP | Domain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 76.174.17.248 | United States | US | California | Whittier | 90604 | 33.9329 | -118.0089 | 803 | 562 | Road Runner | rr.com |
| 76.94.72.132 | United States | US | California | Camarillo | 93010 | 34.2321 | -119.0752 | 803 | 805 | Road Runner | rr.com |
| 108.23.116.188 | United States | US | California | Rancho Cucamonga | 91730 | 34.0995 | -117.5808 | 803 | 909 | Verizon Internet Services | verizon.net |
| 108.38.71.195 | United States | US | California | Los Angeles | | 34.0522 | -118.2437 | 803 | 323 | Verizon Internet Services | verizon.net |
| 173.51.69.59 | United States | US | California | Montclair | 91763 | 34.071 | -117.701 | 803 | 909 | Verizon Internet Services | verizon.net |
| 71.189.107.146 | United States | US | California | Santa Monica | 90402 | 34.0383 | -118.5016 | 803 | 310 | Verizon Internet Services | verizon.net |
| 71.246.37.39 | United States | US | California | Los Alamitos | 90720 | 33.797 | -118.0624 | 803 | 562 | Verizon Internet Services | verizon.net |
| 72.67.35.75 | United States | US | California | Whittier | 90604 | 33.9329 | -118.0089 | 803 | 562 | Verizon Internet Services | verizon.net |
| 96.251.66.124 | United States | US | California | Pomona | 91766 | 34.039 | -117.7548 | 803 | 909 | Verizon Internet Services | verizon.net |
| 98.119.24.179 | United States | US | California | West Covina | | 34.0686 | -117.939 | 803 | 626 | Verizon Internet Services | verizon.net |

**CCA19   8:12-cv-00647-RGK-SS**

| IP | Country | CC | State | City | Zip | Lat | Long | Area1 | Area2 | ISP | Domain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 24.180.25.253 | United States | US | California | Burbank | | 34.1808 | -118.309 | 803 | 818 | Charter Communications | charter.com |
| 24.205.133.52 | United States | US | California | Alhambra | | 34.0953 | -118.127 | 803 | 626 | Charter Communications | charter.com |
| 24.205.254.247 | United States | US | California | Arroyo Grande | | 35.1186 | -120.5907 | 855 | 805 | Charter Communications | charter.com |
| 97.93.8.2 | United States | US | California | Paso Robles | 93446 | 35.6189 | -120.7669 | 855 | 805 | Charter Communications | charter.com |
| 68.228.72.145 | United States | US | California | Mission Viejo | 92691 | 33.6054 | -117.6675 | 803 | 949 | Cox Communications | cox.net |
| 68.228.82.66 | United States | US | California | Irvine | | 33.6695 | -117.8231 | 803 | 714 | Cox Communications | cox.net |
| 68.5.217.39 | United States | US | California | Laguna Hills | | 33.5956 | -117.7003 | 803 | 949 | Cox Communications | cox.net |
| 68.5.237.13 | United States | US | California | Trabuco Canyon | 92679 | 33.6317 | -117.5491 | 803 | 949 | Cox Communications | cox.net |
| 68.6.32.165 | United States | US | California | Goleta | | 34.4358 | -119.8276 | 855 | 805 | Cox Communications | cox.net |
| 72.219.152.10 | United States | US | California | Rancho Palos Verdes | 90275 | 33.7584 | -118.3163 | 803 | 310 | Cox Communications | cox.net |

**CCA20   2:12-cv-03620-RGK-SS**

| IP | Country | CC | State | City | Zip | Lat | Long | Area1 | Area2 | ISP | Domain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 24.205.22.147 | United States | US | California | Alhambra | 91801 | 34.0905 | -118.1344 | 803 | 626 | Charter Communications | charter.com |

| IP | Country Code | Country | State Code | State | ZIP | City | Latitude | Longitude | Area Code 1 | Area Code 2 | ISP | Organization | Domain |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24.205.92.253 | US | United States | CA | California | | Pasadena | 34.1478 | -118.1445 | 803 | 626 | Charter Communications | Charter Communications | charter.com |
| 71.33.109.51 | US | United States | CA | California | 91791 | West Covina | 34.0627 | -117.8896 | 803 | 626 | Charter Communications | Charter Communications | charter.com |
| 75.142.60.0 | US | United States | CA | California | | Pasadena | 34.1478 | -118.1445 | 803 | 626 | Charter Communications | Charter Communications | charter.com |
| 75.80.15.228 | US | United States | CA | California | 91306 | Winnetka | 34.2093 | -118.5752 | 803 | 818 | Road Runner | Road Runner | rr.com |
| 75.84.200.79 | US | United States | CA | California | 91364 | Woodland Hills | 34.1519 | -118.6002 | 803 | 818 | Road Runner | Road Runner | rr.com |
| 76.170.155.38 | US | United States | CA | California | 90094 | Los Angeles | 33.7866 | -118.2987 | 803 | 310 | Road Runner | Road Runner | rr.com |
| 76.174.7.9 | US | United States | CA | California | 92399 | Yucaipa | 34.0485 | -117.0143 | 803 | 909 | Road Runner | Road Runner | rr.com |
| 76.89.158.22 | US | United States | CA | California | | Los Angeles | 34.0522 | -118.2437 | 803 | 323 | Road Runner | Road Runner | rr.com |
| 76.93.6.115 | US | United States | CA | California | | Marina Del Rey | 33.9803 | -118.4517 | 803 | 310 | Road Runner | Road Runner | rr.com |

**CCA21  2:12-cv-03617-RGK-SS**

| IP | Country Code | Country | State Code | State | ZIP | City | Latitude | Longitude | Area Code 1 | Area Code 2 | ISP | Organization | Domain |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 108.23.148.155 | US | United States | CA | California | 91320 | Newbury Park | 34.1702 | -118.9558 | 803 | 805 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 108.38.155.192 | US | United States | CA | California | 91730 | Rancho Cucamonga | 34.0995 | -117.5808 | 803 | 909 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 173.51.86.105 | US | United States | CA | California | 93010 | Camarillo | 34.2321 | -119.0752 | 803 | 805 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 71.109.102.92 | US | United States | CA | California | | Camarillo | 34.2164 | -119.0376 | 803 | 805 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 71.118.232.16 | US | United States | CA | California | | Murrieta | 33.5539 | -117.2139 | 803 | 951 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 71.119.224.119 | US | United States | CA | California | | Thousand Oaks | 34.1706 | -118.8376 | 803 | 805 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 71.177.76.8 | US | United States | CA | California | 90703 | Cerritos | 33.8661 | -118.0528 | 803 | 562 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 71.243.220.238 | US | United States | CA | California | 90604 | Whittier | 33.9329 | -118.0089 | 803 | 562 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 74.100.59.67 | US | United States | CA | California | 92562 | Murrieta | 33.5426 | -117.3391 | 803 | 951 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 74.111.213.58 | US | United States | CA | California | 91709 | Chino Hills | 33.9473 | -117.7289 | 803 | 909 | Verizon Internet Services | Verizon Internet Services | verizon.net |

**CCA22  8:12-cv-00652-RGK-SS**

| IP | Country Code | Country | State Code | State | ZIP | City | Latitude | Longitude | Area Code 1 | Area Code 2 | ISP | Organization | Domain |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 184.187.185.178 | US | United States | CA | California | | Santa Barbara | 34.4208 | -119.6982 | 855 | 805 | Cox Communications | Cox Communications | cox.net |
| 24.254.85.144 | US | United States | CA | California | | Santa Barbara | 34.4208 | -119.6982 | 855 | 805 | Cox Communications | Cox Communications | cox.net |
| 68.109.64.244 | US | United States | CA | California | 92688 | Rancho Santa Margarita | 33.6199 | -117.6119 | 803 | 949 | Cox Communications | Cox Communications | cox.net |
| 68.4.145.188 | US | United States | CA | California | 92692 | Mission Viejo | 33.6051 | -117.644 | 809 | 949 | Cox Communications | Cox Communications | cox.net |
| 68.4.214.41 | US | United States | CA | California | 92653 | Laguna Hills | 33.6053 | -117.7173 | 803 | 949 | Cox Communications | Cox Communications | cox.net |
| 68.5.122.175 | US | United States | CA | California | 92694 | Ladera Ranch | 33.568 | -117.6328 | 809 | 949 | Cox Communications | Cox Communications | cox.net |
| 68.5.229.22 | US | United States | CA | California | 92620 | Irvine | 33.7081 | -117.7596 | 803 | 949 | Cox Communications | Cox Communications | cox.net |
| 68.5.45.15 | US | United States | CA | California | 92677 | Laguna Niguel | 33.5351 | -117.7052 | 803 | 949 | Cox Communications | Cox Communications | cox.net |
| 68.5.97.89 | US | United States | CA | California | | Mission Viejo | 33.6 | -117.672 | 803 | 949 | Cox Communications | Cox Communications | cox.net |
| 68.96.94.213 | US | United States | CA | California | | Irvine | 33.6695 | -117.8231 | 803 | 714 | Cox Communications | Cox Communications | cox.net |

**CCA23  8:12-cv-00649-RGK-SS**

| IP | Country Code | Country | State Code | State | ZIP | City | Latitude | Longitude | Area Code 1 | Area Code 2 | ISP | Organization | Domain |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24.205.53.96 | US | United States | CA | California | | Glendale | 34.1425 | -118.2551 | 803 | 818 | Charter Communications | Charter Communications | charter.com |
| 97.90.139.39 | US | United States | CA | California | | Alhambra | 34.0953 | -118.127 | 803 | 626 | Charter Communications | Charter Communications | charter.com |
| 97.93.61.45 | US | United States | CA | California | | Cerritos | 33.8661 | -118.0528 | 803 | 562 | Charter Communications | Charter Communications | charter.com |
| 68.106.220.168 | US | United States | CA | California | 92677 | Laguna Niguel | 33.5351 | -117.7052 | 808 | 949 | Cox Communications | Cox Communications | cox.net |
| 68.231.210.67 | US | United States | CA | California | | Mission Viejo | 33.6 | -117.672 | 803 | 949 | Cox Communications | Cox Communications | cox.net |
| 68.6.47.183 | US | United States | CA | California | | Santa Barbara | 34.4208 | -119.6982 | 855 | 805 | Cox Communications | Cox Communications | cox.net |
| 98.164.233.237 | US | United States | CA | California | | San Clemente | 33.427 | -117.612 | 803 | 949 | Cox Communications | Cox Communications | cox.net |
| 173.60.166.198 | US | United States | CA | California | 90703 | Cerritos | 33.8661 | -118.0528 | 803 | 562 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 96.251.5.224 | US | United States | CA | California | 90703 | Cerritos | 33.8661 | -118.0528 | 803 | 562 | Verizon Internet Services | Verizon Internet Services | verizon.net |

| IP | Country | State | City | Zip | Lat | Long | Area1 | Area2 | ISP | Domain |
|---|---|---|---|---|---|---|---|---|---|---|
| 98.108.249.160 | US | United States | CA | California | Santa Maria | 93454 | 34.9182 | -120.2322 | 855 | 805 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| **CCA24** | **2:12-cv-03621-RGK-SS** | | | | | | | | | |
| 24.176.213.20 | US | United States | CA | California | Glendale | 91202 | 34.1693 | -118.2663 | 803 | 818 | Charter Communications | Charter Communications | charter.com |
| 66.215.167.68 | US | United States | CA | California | Rancho Cucamonga | 91701 | 34.1431 | -117.616 | 803 | 909 | Charter Communications | Charter Communications | charter.com |
| 97.93.110.20 | US | United States | CA | California | Glendale | 91201 | 34.1718 | -118.2915 | 803 | 818 | Charter Communications | Charter Communications | charter.com |
| 184.189.220.48 | US | United States | CA | California | Santa Barbara | 93110 | 34.4386 | -119.7696 | 855 | 805 | Cox Communications | Cox Communications | cox.net |
| 70.181.107.24 | US | United States | CA | California | Laguna Hills | 92653 | 33.6053 | -117.7173 | 803 | 949 | Cox Communications | Cox Communications | cox.net |
| 70.181.83.199 | US | United States | CA | California | Laguna Niguel | 92677 | 33.5351 | -117.7052 | 803 | 949 | Cox Communications | Cox Communications | cox.net |
| 173.51.20.136 | US | United States | CA | California | Thousand Oaks | 91362 | 34.1965 | -118.8188 | 803 | 805 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 96.240.63.201 | US | United States | CA | California | Upland | 91785 | 34.104 | -117.6642 | 803 | 909 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 96.251.185.130 | US | United States | CA | California | Whittier | 90604 | 33.9329 | -118.0089 | 803 | 562 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 98.112.53.129 | US | United States | CA | California | Whittier | 90604 | 33.9329 | -118.0089 | 803 | 562 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| **CCA25** | **2:12-cv-00651-RGK-SS** | | | | | | | | | |
| 68.4.104.223 | US | United States | CA | California | Aliso Viejo | | 33.565 | -117.7271 | 803 | 949 | Cox Communications | Cox Communications | cox.net |
| 68.4.128.92 | US | United States | CA | California | Mission Viejo | 92691 | 33.6054 | -117.6675 | 803 | 949 | Cox Communications | Cox Communications | cox.net |
| 68.4.219.206 | US | United States | CA | California | Aliso Viejo | 92656 | 33.5717 | -117.7289 | 808 | 949 | Cox Communications | Cox Communications | cox.net |
| 68.5.3.1 | US | United States | CA | California | Aliso Viejo | 92656 | 33.5717 | -117.7289 | 803 | 949 | Cox Communications | Cox Communications | cox.net |
| 68.6.39.41 | US | United States | CA | California | Santa Barbara | | 34.4208 | -119.6982 | 855 | 805 | Cox Communications | Cox Communications | cox.net |
| 72.194.215.142 | US | United States | CA | California | Santa Barbara | | 34.4208 | -119.6982 | 855 | 805 | Cox Communications | Cox Communications | cox.net |
| 72.194.89.79 | US | United States | CA | California | Laguna Niguel | | 33.5225 | -117.7075 | 803 | 949 | Cox Communications | Cox Communications | cox.net |
| 173.60.229.85 | US | United States | CA | California | Camarillo | 93012 | 34.2041 | -118.9807 | 803 | 805 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 71.119.212.8 | US | United States | CA | California | Newbury Park | 91320 | 34.1702 | -118.9558 | 803 | 805 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 74.100.14.33 | US | United States | CA | California | Yucaipa | 92399 | 34.0486 | -117.0143 | 803 | 909 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| **CCA26** | **2:12-cv-03623-RGK-SS** | | | | | | | | | |
| 68.109.87.100 | US | United States | CA | California | Aliso Viejo | | 33.565 | -117.7271 | 803 | 949 | Cox Communications | Cox Communications | cox.net |
| 68.231.211.236 | US | United States | CA | California | Mission Viejo | 92692 | 33.6051 | -117.644 | 803 | 949 | Cox Communications | Cox Communications | cox.net |
| 68.4.120.139 | US | United States | CA | California | Mission Viejo | | 33.6 | -117.672 | 803 | 949 | Cox Communications | Cox Communications | cox.net |
| 68.5.58.43 | US | United States | CA | California | Mission Viejo | | 33.6 | -117.672 | 803 | 949 | Cox Communications | Cox Communications | cox.net |
| 72.194.125.151 | US | United States | CA | California | Newport Beach | 92660 | 33.6275 | -117.8734 | 803 | 949 | Cox Communications | Cox Communications | cox.net |
| 173.51.97.227 | US | United States | CA | California | Yucaipa | 92399 | 34.0486 | -117.0143 | 803 | 909 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 71.104.208.182 | US | United States | CA | California | San Bernardino | | 34.1083 | -117.2898 | 803 | 909 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 71.119.212.8 | US | United States | CA | California | Newbury Park | 91320 | 34.1702 | -118.9558 | 803 | 805 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 74.111.193.114 | US | United States | CA | California | Camarillo | 93010 | 34.2321 | -119.0752 | 803 | 805 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 96.229.107.20 | US | United States | CA | California | Murrieta | 92563 | 33.5789 | -117.1412 | 803 | 951 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| **CCA27** | **2:12-cv-03622-RGK-SS** | | | | | | | | | |
| 24.205.25.90 | US | United States | CA | California | Temple City | 91780 | 34.1031 | -118.051 | 803 | 626 | Charter Communications | Charter Communications | charter.com |
| 68.108.248.207 | US | United States | CA | California | Goleta | | 34.4358 | -119.8276 | 855 | 805 | Cox Communications | Cox Communications | cox.net |
| 68.4.101.224 | US | United States | CA | California | Mission Viejo | 92691 | 33.6054 | -117.6675 | 803 | 949 | Cox Communications | Cox Communications | cox.net |
| 70.181.89.87 | US | United States | CA | California | Laguna Hills | 92653 | 33.6053 | -117.7173 | 803 | 949 | Cox Communications | Cox Communications | cox.net |
| 72.194.94.194 | US | United States | CA | California | Laguna Niguel | | 33.5225 | -117.7075 | 803 | 949 | Cox Communications | Cox Communications | cox.net |

| IP | Country Code | Country | State Code | State | City | Zip | Lat | Long | Area1 | Area2 | ISP | Domain |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 173.58.41.134 | US | United States | CA | California | Murrieta | 92563 | 33.5789 | -117.1412 | 803 | 951 | Verizon Internet Services | verizon.net |
| 173.60.167.113 | US | United States | CA | California | Cerritos | 90703 | 33.8661 | -118.0528 | 803 | 562 | Verizon Internet Services | verizon.net |
| 173.60.230.15 | US | United States | CA | California | Camarillo | 93010 | 34.2321 | -119.0752 | 803 | 805 | Verizon Internet Services | verizon.net |
| 74.100.206.114 | US | United States | CA | California | Camarillo | 93010 | 34.2321 | -119.0752 | 803 | 805 | Verizon Internet Services | verizon.net |
| 74.100.30.16 | US | United States | CA | California | Menifee | 92584 | 33.6518 | -117.1823 | 803 | 951 | Verizon Internet Services | verizon.net |

**CCA28   8:12-cv-00650-RGK-SS**

| IP | Country Code | Country | State Code | State | City | Zip | Lat | Long | Area1 | Area2 | ISP | Domain |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 71.84.98.224 | US | United States | CA | California | Arroyo Grande | | 35.1186 | -120.5907 | 855 | 805 | Charter Communications | charter.com |
| 96.41.9.173 | US | United States | CA | California | Rosemead | 91770 | 34.0616 | -118.0818 | 803 | 626 | Charter Communications | charter.com |
| 97.90.139.199 | US | United States | CA | California | Alhambra | | 34.0953 | -118.127 | 803 | 626 | Charter Communications | charter.com |
| 184.189.233.166 | US | United States | CA | California | Santa Barbara | | 34.4208 | -119.6982 | 855 | 805 | Cox Communications | cox.net |
| 68.108.241.58 | US | United States | CA | California | Santa Barbara | | 34.4208 | -119.6982 | 855 | 805 | Cox Communications | cox.net |
| 68.108.251.55 | US | United States | CA | California | Goleta | | 34.4358 | -119.8276 | 855 | 805 | Cox Communications | cox.net |
| 68.4.227.66 | US | United States | CA | California | Lake Forest | 92630 | 33.647 | -117.6892 | 803 | 949 | Cox Communications | cox.net |
| 70.187.186.86 | US | United States | CA | California | Irvine | | 33.6695 | -117.8231 | 803 | 714 | Cox Communications | cox.net |
| 173.53.88.242 | US | United States | CA | California | Camarillo | 93010 | 34.2321 | -119.0752 | 803 | 805 | Verizon Internet Services | verizon.net |
| 96.229.186.94 | US | United States | CA | California | Newbury Park | 91320 | 34.1702 | -118.9558 | 803 | 805 | Verizon Internet Services | verizon.net |

| IP Address | Country Code | Country Name | Region Code | Region Name | City | Postal | Latitude | Longitude | Metro Code | Area Code | ISP | Organization | Domain Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CCA30** | **2:12-cv-04649-RGK-SS** | | | | | | | | | | | | |
| 24.205.21.75 | US | United States | CA | California | Alhambra | 91801 | 34.0905 | -118.1344 | 803 | 626 | Charter Communications | Charter Communications | charter.com |
| 98.148.119.122 | US | United States | CA | California | Los Angeles | | 34.0522 | -118.2437 | 803 | 323 | Road Runner | Road Runner | rr.com |
| 98.154.179.162 | US | United States | CA | California | Torrance | 90504 | 33.8669 | -118.3312 | 803 | 310 | Road Runner | Road Runner | rr.com |
| 108.225.156.80 | US | United States | CA | California | Los Angeles | 90005 | 34.0599 | -118.3103 | 803 | 213 | AT&T Internet Services | AT&T Internet Services | sbcglobal.net |
| 99.9.139.182 | US | United States | CA | California | Burbank | 91506 | 34.1716 | -118.3216 | 803 | 818 | AT&T Internet Services | AT&T Internet Services | sbcglobal.net |
| 208.54.39.169 | US | United States | CA | California | Los Angeles | | 34.0522 | -118.2437 | 803 | 323 | T-Mobile USA | T-Mobile USA | tmodns.net |
| 71.104.75.136 | US | United States | CA | California | Whittier | 90604 | 33.9329 | -118.0089 | 803 | 562 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 71.104.75.136 | US | United States | CA | California | Winchester | 92596 | 33.707 | -117.0845 | 803 | 951 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 71.110.109.184 | US | United States | CA | California | Thousand Oaks | 91360 | 34.2133 | -118.88 | 803 | 805 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 74.106.45.116 | US | United States | CA | California | Cathedral City | | 33.7797 | -116.4653 | 804 | 760 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| **CCA31** | **2:12-cv-4650-RGK-SS** | | | | | | | | | | | | |
| 174.67.224.25 | US | United States | CA | California | Mission Viejo | 92691 | 33.6054 | -117.6675 | 803 | 949 | Cox Communications | Cox Communications | cox.net |
| 72.194.66.183 | US | United States | CA | California | Mission Viejo | | 33.6 | -117.672 | 803 | 949 | Cox Communications | Cox Communications | cox.net |
| 208.127.187.237 | US | United States | CA | California | Los Angeles | | 34.0522 | -118.2437 | 803 | 323 | DSL Extreme | DSL Extreme | dslextreme.com |
| 208.127.6.204 | US | United States | CA | California | Yorba Linda | | 33.8886 | -117.8131 | 803 | 714 | DSL Extreme | DSL Extreme | dslextreme.com |
| 68.183.143.21 | US | United States | CA | California | Los Angeles | | 34.0522 | -118.2437 | 803 | 323 | DSL Extreme | DSL Extreme | dslextreme.com |
| 24.24.231.232 | US | United States | CA | California | El Segundo | 90245 | 33.9192 | -118.4165 | 803 | 310 | Road Runner | Road Runner | rr.com |
| 24.43.25.98 | US | United States | CA | California | North Hollywood | | 34.1722 | -118.379 | 803 | 818 | Road Runner | Road Runner | rr.com |
| 75.85.119.61 | US | United States | CA | California | North Hollywood | | 34.1722 | -118.379 | 803 | 818 | Road Runner | Road Runner | rr.com |
| 76.175.47.108 | US | United States | CA | California | Murrieta | 92562 | 33.5426 | -117.3391 | 803 | 951 | Road Runner | Road Runner | rr.com |
| 98.151.11.121 | US | United States | CA | California | North Hollywood | | 34.1722 | -118.379 | 803 | 818 | Road Runner | Road Runner | rr.com |
| **CCA32** | **2:12-cv-4652-RGK-SS** | | | | | | | | | | | | |
| 24.205.129.106 | US | United States | CA | California | San Gabriel | 91776 | 34.0891 | -118.0924 | 803 | 626 | Charter Communications | Charter Communications | charter.com |
| 24.152.136.218 | US | United States | CA | California | Los Angeles | | 34.0522 | -118.2437 | 803 | 323 | EarthLink | EarthLink | mindspring.com |
| 69.235.22.87 | US | United States | CA | California | Los Angeles | | 34.0522 | -118.2437 | 803 | 323 | AT&T Internet Services | AT&T Internet Services | pacbell.net |
| 76.218.75.172 | US | United States | CA | California | Los Angeles | 90020 | 34.0669 | -118.3109 | 803 | 213 | AT&T Internet Services | AT&T Internet Services | sbcglobal.net |
| 99.138.78.49 | US | United States | CA | California | North Hollywood | | 34.1722 | -118.379 | 803 | 818 | AT&T Internet Services | Temple City Education Cntr | sbcglobal.net |
| 99.67.62.100 | US | United States | CA | California | Glendale | 91202 | 34.1693 | -118.2563 | 803 | 818 | AT&T Internet Services | AT&T Internet Services | sbcglobal.net |
| 173.51.221.27 | US | United States | CA | California | Santa Monica | 90405 | 34.0119 | -118.4682 | 803 | 310 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 173.51.82.87 | US | United States | CA | California | Camarillo | 93012 | 34.2041 | -118.9807 | 803 | 805 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 71.103.230.112 | US | United States | CA | California | Pacoima | 91331 | 34.2572 | -118.4195 | 803 | 818 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 71.116.253.141 | US | United States | CA | California | Pacoima | 91331 | 34.2572 | -118.4195 | 803 | 818 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| **CCA33** | **2:12-cv-4651-RGK-SS** | | | | | | | | | | | | |
| 66.27.212.155 | US | United States | CA | California | Arcadia | 91007 | 34.125 | -118.0496 | 803 | 626 | Road Runner | Road Runner | rr.com |
| 75.83.55.136 | US | United States | CA | California | Downey | 90241 | 33.9415 | -118.1307 | 803 | 562 | Road Runner | Road Runner | rr.com |
| 75.84.38.91 | US | United States | CA | California | Rowland Heights | 91748 | 33.9761 | -117.9053 | 803 | 626 | Road Runner | Road Runner | rr.com |
| 75.84.40.173 | US | United States | CA | California | Rowland Heights | 91748 | 33.9761 | -117.9053 | 803 | 626 | Road Runner | Road Runner | rr.com |
| 76.167.187.32 | US | United States | CA | California | North Hills | 91343 | 34.2387 | -118.4772 | 803 | 818 | Road Runner | Road Runner | rr.com |
| 76.79.84.75 | US | United States | CA | California | Van Nuys | | 34.1867 | -118.449 | 803 | 678 | Road Runner | Road Runner | rr.com |
| 108.212.77.14 | US | United States | CA | California | La Crescenta | 91214 | 34.2387 | -118.2468 | 803 | 818 | AT&T Internet Services | AT&T Internet Services | sbcglobal.net |
| 69.226.35.170 | US | United States | CA | California | North Hollywood | | 34.1722 | -118.379 | 803 | 818 | AT&T Internet Services | AT&T Internet Services | pacbell.net |

| IP | Country | | State | City | ZIP | Lat | Long | Area | # | ISP | Org | Domain |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 75.4.239.165 | US | | United States | California | Los Angeles | | 34.0522 | -118.2437 | 803 | 323 | AT&T Internet Services | AT&T Internet Services | sbcglobal.net |
| 99.66.230.68 | US | | United States | California | Torrance | 90504 | 33.8669 | -118.3312 | 803 | 310 | AT&T Internet Services | AT&T Internet Services | sbcglobal.net |

**CCA34    2:12-cv-4653-RGK-SS**

| IP | Country | | State | City | ZIP | Lat | Long | Area | # | ISP | Org | Domain |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 174.77.61.254 | US | | United States | California | Irvine | 92617 | 33.6695 | -117.8231 | 803 | 949 | Cox Communications | Cox Communications | cox.net |
| 208.54.39.154 | US | | United States | California | Los Angeles | | 34.0522 | -118.2437 | 803 | 323 | T-Mobile USA | T-Mobile USA | tmodns.net |
| 108.13.212.253 | US | | United States | California | Rancho Palos Verdes | 90275 | 33.7584 | -118.3163 | 803 | 310 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 108.38.155.6 | US | | United States | California | Rancho Cucamonga | 91730 | 34.0995 | -117.5808 | 803 | 909 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 108.38.183.166 | US | | United States | California | Perris | | 33.7825 | -117.2287 | 803 | 951 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 108.38.69.35 | US | | United States | California | Ontario | | 34.0633 | -117.6509 | 803 | 484 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 96.251.165.158 | US | | United States | California | Norwalk | 90650 | 33.9071 | -118.0767 | 803 | 562 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 98.108.201.246 | US | | United States | California | Santa Barbara | | 34.4208 | -119.6982 | 855 | 805 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 98.112.128.136 | US | | United States | California | Temecula | 92592 | 33.5363 | -117.0439 | 803 | 951 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 98.112.135.151 | US | | United States | California | Temecula | 92592 | 33.5363 | -117.0439 | 803 | 951 | Verizon Internet Services | Verizon Internet Services | verizon.net |

**CCA35    2:12-cv-4654-RGK-SS**

| IP | Country | | State | City | ZIP | Lat | Long | Area | # | ISP | Org | Domain |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24.205.129.23 | US | | United States | California | San Gabriel | 91776 | 34.0891 | -118.0924 | 803 | 626 | Charter Communications | Charter Communications | charter.com |
| 24.180.3.124 | US | | United States | California | Grover Beach | | 35.1216 | -120.6213 | 855 | 805 | Charter Communications | Charter Communications | charter.com |
| 24.205.159.222 | US | | United States | California | Norwalk | 90650 | 33.9071 | -118.0767 | 803 | 562 | Charter Communications | Charter Communications | charter.com |
| 24.205.40.95 | US | | United States | California | Burbank | | 34.1808 | -118.309 | 803 | 818 | Charter Communications | Charter Communications | charter.com |
| 66.215.252.7 | US | | United States | California | Riverside | 92504 | 33.9059 | -117.4031 | 803 | 951 | Charter Communications | Charter Communications | charter.com |
| 66.215.8.162 | US | | United States | California | Glendale | 91205 | 34.1352 | -118.2416 | 803 | 818 | Charter Communications | Charter Communications | charter.com |
| 71.9.90.31 | US | | United States | California | Riverside | | 33.9534 | -117.3962 | 803 | 951 | Charter Communications | Charter Communications | charter.com |
| 71.92.65.244 | US | | United States | California | Temple City | 91780 | 34.1031 | -118.051 | 803 | 626 | Charter Communications | Charter Communications | charter.com |
| 71.93.222.112 | US | | United States | California | Rosemead | | 34.0806 | -118.0729 | 803 | 626 | Charter Communications | Charter Communications | charter.com |
| 64.77.238.78 | US | | United States | California | Arcadia | | 34.1397 | -118.0353 | 803 | 626 | Vertex Telecom | Skylink TV | |

**CCA36    2:12-cv-4657-RGK-SS**

| IP | Country | | State | City | ZIP | Lat | Long | Area | # | ISP | Org | Domain |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 174.67.230.91 | US | | United States | California | Irvine | | 33.6695 | -117.8231 | 803 | 714 | Cox Communications | Cox Communications | cox.net |
| 68.225.251.105 | US | | United States | California | Aliso Viejo | | 33.565 | -117.7271 | 803 | 949 | Cox Communications | Cox Communications | cox.net |
| 68.4.209.249 | US | | United States | California | Ladera Ranch | 92694 | 33.568 | -117.6328 | 803 | 949 | Cox Communications | Cox Communications | cox.net |
| 68.99.183.189 | US | | United States | California | Irvine | | 33.6695 | -117.8231 | 803 | 714 | Cox Communications | Cox Communications | cox.net |
| 24.24.225.64 | US | | United States | California | El Segundo | 90245 | 33.9164 | -118.4041 | 803 | 310 | Road Runner | Road Runner | rr.com |
| 76.173.111.127 | US | | United States | California | Simi Valley | 93065 | 34.2521 | -118.7843 | 803 | 805 | Road Runner | Road Runner | rr.com |
| 76.91.68.62 | US | | United States | California | Thousand Oaks | 91360 | 34.2133 | -118.88 | 803 | 805 | Road Runner | Road Runner | rr.com |
| 76.91.93.241 | US | | United States | California | Camarillo | 93010 | 34.2321 | -119.0752 | 803 | 805 | Road Runner | Road Runner | rr.com |
| 69.231.206.125 | US | | United States | California | Los Angeles | | 34.0522 | -118.2437 | 803 | 323 | AT&T Internet Services | AT&T Internet Services | pacbell.net |
| 75.56.95.94 | US | | United States | California | Los Angeles | | 34.0522 | -118.2437 | 803 | 323 | AT&T Internet Services | AT&T Internet Services | sbcglobal.net |

**CCA37    2:12-cv-4650-RGK-SS**

| IP | Country | | State | City | ZIP | Lat | Long | Area | # | ISP | Org | Domain |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 108.0.38.73 | US | | United States | California | Banning | 92220 | 33.9227 | -116.8336 | 804 | 951 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 108.13.25.206 | US | | United States | California | Long Beach | 90814 | 33.7711 | -118.1423 | 803 | 562 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 173.51.173.67 | US | | United States | California | Glendora | 91741 | 34.1454 | -117.8514 | 803 | 626 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 173.51.204.130 | US | | United States | California | Whittier | 90605 | 33.9457 | -118.0388 | 803 | 562 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 71.110.11.156 | US | | United States | California | Moreno Valley | | 33.9975 | -117.2306 | 803 | 951 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 96.247.55.123 | US | | United States | California | Northridge | 91330 | 33.7866 | -118.2987 | 803 | 818 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 96.251.178.230 | US | | United States | California | Malibu | 90265 | 34.0697 | -118.8177 | 803 | 310 | Verizon Internet Services | Verizon Internet Services | verizon.net |

| IP | Country | CC | State | ST | City | ZIP | Lat | Long | Area | Phone | ISP | Org | Domain |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 98.112.121.126 | US | United States | California | CA | Norwalk | 90650 | 33.9071 | -118.0767 | 803 | 562 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 98.112.147.233 | US | United States | California | CA | San Jacinto | | 33.7839 | -116.9586 | 803 | 951 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 98.119.54.163 | US | United States | California | CA | Riverside | 92508 | 33.8942 | -117.3246 | 803 | 951 | Verizon Internet Services | Verizon Internet Services | verizon.net |

CCA38   2:12-cv-4656-RGK-SS

| IP | Country | CC | State | ST | City | ZIP | Lat | Long | Area | Phone | ISP | Org | Domain |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24.176.212.117 | US | United States | California | CA | Glendale | | 34.1425 | -118.2551 | 803 | 818 | Charter Communications | Charter Communications | charter.com |
| 24.205.154.63 | US | United States | California | CA | Norwalk | 90650 | 33.9071 | -118.0767 | 803 | 562 | Charter Communications | Charter Communications | charter.com |
| 24.205.190.74 | US | United States | California | CA | West Covina | | 34.0686 | -117.939 | 803 | 626 | Charter Communications | Charter Communications | charter.com |
| 71.92.213.81 | US | United States | California | CA | Glendale | | 34.1425 | -118.2551 | 803 | 818 | Charter Communications | Charter Communications | charter.com |
| 71.95.149.14 | US | United States | California | CA | Glendale | 91202 | 34.1693 | -118.2663 | 803 | 818 | West Coast Techies | Charter Communications | charter.com |
| 75.128.47.88 | US | United States | California | CA | West Covina | 91792 | 34.0249 | -117.8973 | 803 | 626 | Charter Communications | Charter Communications | charter.com |
| 96.40.150.107 | US | United States | California | CA | San Gabriel | | 34.0961 | -118.1058 | 803 | 626 | Charter Communications | Charter Communications | charter.com |
| 97.93.33.16 | US | United States | California | CA | Alhambra | 91801 | 34.0905 | -118.1344 | 803 | 626 | Charter Communications | Charter Communications | charter.com |
| 24.136.83.117 | US | United States | California | CA | Los Alamitos | | 33.797 | -118.0624 | 803 | 562 | EarthLink | EarthLink | mindspring.com |
| 24.171.150.104 | US | United States | California | CA | Northridge | 90720 | 34.2283 | -118.5367 | 803 | 818 | EarthLink | EarthLink | mindspring.com |

CCA39   2:12-cv-4658-RGK-SS

| IP | Country | CC | State | ST | City | ZIP | Lat | Long | Area | Phone | ISP | Org | Domain |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 68.5.141.137 | US | United States | California | CA | Irvine | | 33.6695 | -117.8231 | 803 | 714 | Cox Communications | Cox Communications | cox.net |
| 68.5.9.246 | US | United States | California | CA | Mission Viejo | | 33.6 | -117.672 | 803 | 949 | Cox Communications | Cox Communications | cox.net |
| 70.181.91.250 | US | United States | California | CA | Laguna Hills | | 33.5956 | -117.7003 | 803 | 949 | Cox Communications | Cox Communications | cox.net |
| 70.191.92.29 | US | United States | California | CA | Santa Barbara | | 34.4208 | -119.6982 | 855 | 805 | Cox Communications | Cox Communications | cox.net |
| 72.219.150.202 | US | United States | California | CA | Lake Forest | 92630 | 33.647 | -117.6892 | 803 | 949 | Cox Communications | Cox Communications | cox.net |
| 72.219.163.55 | US | United States | California | CA | Capistrano Beach | 92624 | 33.4551 | -117.6643 | 803 | 949 | Cox Communications | Cox Communications | cox.net |
| 98.164.213.236 | US | United States | California | CA | Irvine | 92612 | 33.6378 | -117.8095 | 803 | 949 | Cox Communications | Cox Communications | cox.net |
| 75.84.253.53 | US | United States | California | CA | Beverly Hills | 90210 | 34.0995 | -118.4143 | 803 | 310 | Road Runner | Road Runner | rr.com |
| 76.171.181.61 | US | United States | California | CA | Newport Beach | | 33.6189 | -117.929 | 803 | 949 | Road Runner | Road Runner | rr.com |
| 76.91.39.176 | US | United States | California | CA | Simi Valley | 93065 | 34.2521 | -118.7843 | 803 | 805 | Road Runner | Road Runner | rr.com |

CCA40   2:12-cv-4661-RGK-SS

| IP | Country | CC | State | ST | City | ZIP | Lat | Long | Area | Phone | ISP | Org | Domain |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 108.210.28.193 | US | United States | California | CA | Agoura Hills | 91301 | 34.1267 | -118.7648 | 803 | 818 | AT&T Internet Services | AT&T Internet Services | sbcglobal.net |
| 76.219.185.86 | US | United States | California | CA | Woodland Hills | | 34.1683 | -118.6059 | 803 | 818 | AT&T Internet Services | AT&T Internet Services | sbcglobal.net |
| 76.234.226.30 | US | United States | California | CA | Trabuco Canyon | 92679 | 33.6117 | -117.5491 | 803 | 949 | AT&T Internet Services | AT&T Internet Services | sbcglobal.net |
| 99.56.47.237 | US | United States | California | CA | Costa Mesa | 92627 | 33.6486 | -117.9186 | 803 | 949 | AT&T Internet Services | AT&T Internet Services | sbcglobal.net |
| 99.6.95.213 | US | United States | California | CA | Burbank | | 34.1808 | -118.309 | 803 | 818 | AT&T Internet Services | AT&T Internet Services | sbcglobal.net |
| 108.0.11.104 | US | United States | California | CA | Lakewood | 90715 | 33.8408 | -118.079 | 803 | 562 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 108.38.145.202 | US | United States | California | CA | Bellflower | 90706 | 33.888 | -118.1304 | 803 | 562 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 108.38.94.185 | US | United States | California | CA | La Verne | 91750 | 34.1544 | -117.7637 | 803 | 909 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 173.58.50.92 | US | United States | California | CA | Murrieta | 92562 | 33.5426 | -117.7391 | 803 | 951 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 98.119.170.46 | US | United States | California | CA | Bellflower | 90706 | 33.888 | -118.1304 | 803 | 562 | Verizon Internet Services | Verizon Internet Services | verizon.net |

CCA41   2:12-cv-4662-RGK-SS

| IP | Country | CC | State | ST | City | ZIP | Lat | Long | Area | Phone | ISP | Org | Domain |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 108.23.123.48 | US | United States | California | CA | Walnut | 91789 | 34.0115 | -117.8535 | 803 | 909 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 108.23.168.41 | US | United States | California | CA | Torrance | | 33.8359 | -118.3406 | 803 | 310 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 108.23.67.106 | US | United States | California | CA | Pacoima | 91331 | 34.2572 | -118.4195 | 803 | 818 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 173.51.142.85 | US | United States | California | CA | Upland | | 34.0975 | -117.6484 | 803 | 909 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 173.55.27.88 | US | United States | California | CA | Panorama City | | 34.2247 | -118.4498 | 803 | 818 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 71.118.33.46 | US | United States | California | CA | La Habra | 90631 | 33.9414 | -117.9555 | 803 | 562 | Verizon Internet Services | Verizon Internet Services | verizon.net |

| IP Address | Country Code | Country | State | City | Zip | Lat | Long | Area1 | Area2 | ISP | Organization | Domain |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74.111.196.149 | US | United States | CA | California | Pomona | 91766 | 34.039 | -117.7548 | 803 | 909 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 74.111.218.121 | US | United States | CA | California | Sun City | | 33.7092 | -117.1973 | 803 | 951 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 98.112.147.16 | US | United States | CA | California | San Jacinto | | 33.7839 | -116.9586 | 803 | 951 | Verizon Internet Services | Verizon Internet Services | verizon.net |
| 98.112.170.178 | US | United States | CA | California | Norwalk | 90650 | 33.9071 | -118.0767 | 803 | 562 | Verizon Internet Services | Verizon Internet Services | verizon.net |

**BCCA 1**    2:12-cv-05592-RGK-SS

| IP Address | CC | Country | ST | State | City | Zip | Lat | Long | A1 | A2 | ISP | Org | Domain |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24.180.2.65 | US | United States | CA | California | San Luis Obispo | 93401 | 35.2565 | -120.6214 | 855 | 805 | Charter Communications | Charter Communications | charter.com |
| 24.205.246.253 | US | United States | CA | California | Atascadero | 93422 | 35.4573 | -120.7192 | 855 | 805 | Charter Communications | Charter Communications | charter.com |
| 24.205.71.2 | US | United States | CA | California | Altadena | | 34.1897 | -118.1312 | 803 | 626 | Charter Communications | Charter Communications | charter.com |
| 66.215.67.158 | US | United States | CA | California | West Covina | | 34.0686 | -117.939 | 803 | 626 | Charter Communications | Charter Communications | charter.com |
| 68.190.224.27 | US | United States | CA | California | West Covina | 91790 | 34.0699 | -117.9421 | 803 | 626 | Charter Communications | Charter Communications | charter.com |
| 71.84.195.38 | US | United States | CA | California | Glendale | | 34.1425 | -118.2551 | 803 | 818 | Charter Communications | Charter Communications | charter.com |
| 71.84.43.77 | US | United States | CA | California | Pasadena | 91106 | 34.1379 | -118.1296 | 803 | 626 | Charter Communications | Charter Communications | charter.com |
| 71.84.5.181 | US | United States | CA | California | San Luis Obispo | | 35.2828 | -120.6596 | 855 | 805 | Charter Communications | Charter Communications | charter.com |
| 71.93.122.195 | US | United States | CA | California | Azusa | 91702 | 34.1748 | -117.8751 | 803 | 626 | Charter Communications | Charter Communications | charter.com |
| 75.128.18.94 | US | United States | CA | California | San Luis Obispo | | 35.2828 | -120.6596 | 855 | 805 | Charter Communications | Charter Communications | charter.com |

**BCCA 2**    2:12-cv-05593-RGK-SS

| IP Address | CC | Country | ST | State | City | Zip | Lat | Long | A1 | A2 | ISP | Org | Domain |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 75.140.66.59 | US | United States | CA | California | Long Beach | 90808 | 33.8287 | -118.1169 | 803 | 562 | Charter Communications | Digital Creation Services | charter.com |
| 96.41.0.203 | US | United States | CA | California | Montebello | 90640 | 34.0095 | -118.1054 | 803 | 323 | Charter Communications | Charter Communications | charter.com |
| 96.41.72.159 | US | United States | CA | California | Long Beach | 90806 | 33.8115 | -118.1868 | 803 | 562 | Charter Communications | Charter Communications | charter.com |
| 96.41.86.155 | US | United States | CA | California | Long Beach | 90802 | 33.7542 | -118.2019 | 803 | 562 | Charter Communications | Charter Communications | charter.com |
| 97.90.186.117 | US | United States | CA | California | Riverside | | 33.9534 | -117.3962 | 803 | 951 | Charter Communications | Charter Communications | charter.com |
| 174.77.36.107 | US | United States | CA | California | Irvine | | 33.6695 | -117.8231 | 803 | 714 | Cox Communications | Cox Communications | cox.net |
| 68.111.70.37 | US | United States | CA | California | Aliso Viejo | 92656 | 33.5717 | -117.7289 | 803 | 949 | Cox Communications | Cox Communications | cox.net |
| 68.4.54.107 | US | United States | CA | California | Rancho Santa Margarita | 92688 | 33.6199 | -117.6119 | 803 | 949 | Cox Communications | Cox Communications | cox.net |
| 68.4.65.92 | US | United States | CA | California | Irvine | | 33.6695 | -117.8231 | 803 | 714 | Cox Communications | Cox Communications | cox.net |
| 68.5.188.103 | US | United States | CA | California | Tustin | | 33.7458 | -117.8262 | 803 | 714 | Cox Communications | Cox Communications | cox.net |

**BCCA 3**    2:12-cv-05594-RGK-SS

| IP Address | CC | Country | ST | State | City | Zip | Lat | Long | A1 | A2 | ISP | Org | Domain |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 68.170.75.210 | US | United States | CA | California | Los Angeles | 90015 | 34.0396 | -118.2661 | 803 | 213 | Bel Air Internet, LLC | Bel Air Internet, LLC | belairinternet.com |
| 68.5.190.248 | US | United States | CA | California | Irvine | 92620 | 33.7081 | -117.7596 | 803 | 949 | Cox Communications | Cox Communications | cox.net |
| 68.5.191.182 | US | United States | CA | California | Tustin | | 33.7458 | -117.8262 | 803 | 714 | Cox Communications | Cox Communications | cox.net |
| 68.5.211.163 | US | United States | CA | California | San Clemente | | 33.427 | -117.612 | 803 | 949 | Cox Communications | Cox Communications | cox.net |
| 68.6.43.248 | US | United States | CA | California | Santa Barbara | | 34.4208 | -119.6982 | 855 | 805 | Cox Communications | Cox Communications | cox.net |
| 68.99.186.39 | US | United States | CA | California | Irvine | | 33.6695 | -117.8231 | 803 | 714 | Cox Communications | Cox Communications | cox.net |
| 72.194.170.164 | US | United States | CA | California | Aliso Viejo | 92656 | 33.5717 | -117.7289 | 803 | 949 | Cox Communications | Cox Communications | cox.net |
| 72.211.211.84 | US | United States | CA | California | Irvine | | 33.6695 | -117.8231 | 803 | 714 | Cox Communications | Cox Communications | cox.net |
| 72.130.17.14 | US | United States | CA | California | Garden Grove | 92841 | 33.7877 | -117.9738 | 803 | 714 | Road Runner | Road Runner | rr.com |
| 75.83.203.160 | US | United States | CA | California | Thousand Oaks | 91360 | 34.2133 | -118.88 | 803 | 805 | Road Runner | Road Runner | rr.com |

**BCCA 4**    2:12-cv-05595-RGK-SS

| IP Address | CC | Country | ST | State | City | Zip | Lat | Long | A1 | A2 | ISP | Org | Domain |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 108.211.2.62 | US | United States | CA | California | Los Angeles | 90022 | 34.0292 | -118.1513 | 803 | 323 | AT&T Internet Services | AT&T Internet Services | sbcglobal.net |
| 67.113.168.142 | US | United States | CA | California | La Puente | | 34.02 | -117.9495 | 803 | 626 | AT&T Internet Services | Celebrity Foods | pacbell.net |
| 69.105.110.167 | US | United States | CA | California | Pasadena | | 34.1478 | -118.1445 | 803 | 626 | AT&T Internet Services | AT&T Internet Services | pacbell.net |
| 71.129.60.132 | US | United States | CA | California | Los Angeles | | 34.0522 | -118.2437 | 803 | 323 | AT&T Internet Services | AT&T Internet Services | pacbell.net |
| 71.133.70.235 | US | United States | CA | California | Reseda | | 34.2011 | -118.5365 | 803 | 818 | AT&T Internet Services | AT&T Internet Services | pacbell.net |

| IP | Country | State | City | Zip | Lat | Long | Area1 | Area2 | ISP | Domain |
|---|---|---|---|---|---|---|---|---|---|---|
| 75.16.42.10 | US | United States | CA | California | Monterey Park | | 34.0625 | -118.1228 | 803 | 626 | AT&T Internet Services | sbcglobal.net |
| 75.22.67.255 | US | United States | CA | California | Encino | | 34.1592 | -118.5012 | 803 | 818 | AT&T Internet Services | sbcglobal.net |
| 99.105.102.162 | US | United States | CA | California | Buena Park | 90620 | 33.8417 | -118.0076 | 803 | 714 | AT&T Internet Services | sbcglobal.net |
| 99.190.117.62 | US | United States | CA | California | Highland | 92346 | 34.1359 | -117.1553 | 803 | 909 | AT&T Internet Services | sbcglobal.net |
| 99.48.182.153 | US | United States | CA | California | Sherman Oaks | | 34.1511 | -118.4493 | 803 | 818 | AT&T Internet Services | sbcglobal.net |

**BCCA 5     2:12-cv-05596-RGK-SS**

| IP | Country | State | City | Zip | Lat | Long | Area1 | Area2 | ISP | Domain |
|---|---|---|---|---|---|---|---|---|---|---|
| 24.176.215.48 | US | United States | CA | California | Glendale | | 34.1425 | -118.2551 | 803 | 818 | Charter Communications | charter.com |
| 66.214.192.14 | US | United States | CA | California | Grover Beach | | 35.1216 | -120.6213 | 855 | 805 | Charter Communications | charter.com |
| 66.215.202.19 | US | United States | CA | California | Riverside | | 33.9534 | -117.3962 | 803 | 951 | Charter Communications | charter.com |
| 75.128.13.106 | US | United States | CA | California | San Luis Obispo | | 35.2828 | -120.6596 | 855 | 805 | Charter Communications | charter.com |
| 75.128.49.39 | US | United States | CA | California | West Covina | | 34.0686 | -117.939 | 803 | 626 | Charter Communications | charter.com |
| 97.90.201.81 | US | United States | CA | California | Riverside | | 33.9534 | -117.3962 | 803 | 951 | Charter Communications | charter.com |
| 68.5.232.245 | US | United States | CA | California | Rancho Palos Verdes | 90275 | 33.7584 | -118.3163 | 803 | 310 | Cox Communications | cox.net |
| 68.6.40.57 | US | United States | CA | California | Santa Barbara | 93110 | 34.4386 | -119.7696 | 855 | 805 | Cox Communications | cox.net |
| 68.6.52.34 | US | United States | CA | California | Santa Barbara | 93101 | 34.4194 | -119.7072 | 855 | 805 | Cox Communications | cox.net |
| 66.75.81.117 | US | United States | CA | California | Huntington Beach | 92647 | 33.7265 | -118.0069 | 803 | 714 | Road Runner | rr.com |