

Support   My Account   FAQ   My Order

Home        GeoIP        minFraud        Contact        Company

What is GeoIP?
Clients
Feature Comparison
Purchasing
GeoIP License
**Online Demo**
Buy Now

**GeoIP Demo**

**MaxMind GeoIP City/ISP/Organization Edition Results**

| Hostname | Country Code | Country Name | Region | Region Name | City | Postal Code | Latitude | Longitude | ISP | Organization | Metro Code | Area Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24.205.21.75 | US | United States | CA | California | Alhambra | 91801 | 34.0905 | -118.1344 | Charter Communications | Charter Communications | 803 | 626 |

These results were generated with the Perl API and the commercial GeoIP City, GeoIP ISP, and GeoIP Organization databases.

To find countries and cities, enter IP addresses, separated by spaces:



To get a demo for your IP address, click here.

There is a limit of 25 demo lookups per day. Request a test account for more lookups.
You have **24** queries left.

MaxMind, GeoIP and related marks are registered trademarks of MaxMind, Inc.
Copyright © 2010 MaxMind, Inc. All Rights Reserved. Terms of use.

**EXHIBIT "B"**


   
Support   My Account   FAQ   My Order

Home   GeoIP   minFraud   Contact   Company

What is GeoIP?
Clients
Feature Comparison
Purchasing
GeoIP License
**Online Demo**
Buy Now

### GeoIP Demo

**MaxMind GeoIP City/ISP/Organization Edition Results**

| Hostname | Country Code | Country Name | Region | Region Name | City | Postal Code | Latitude | Longitude | ISP | Organization | Metro Code | Area Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 208.54.39.169 | US | United States | CA | California | Los Angeles | | 34.0522 | -118.2437 | T-Mobile | T-Mobile USA | 803 | 323 |

These results were generated with the Perl API and the commercial GeoIP City, GeoIP ISP, and GeoIP Organization databases.

To find countries and cities, enter IP addresses, separated by spaces:



To get a demo for your IP address, click here.

There is a limit of 25 demo lookups per day. Request a test account for more lookups.
You have **24** queries left.

MaxMind, GeoIP and related marks are registered trademarks of MaxMind, Inc.
Copyright © 2010 MaxMind, Inc. All Rights Reserved. Terms of use.



   
Support   My Account   FAQ   My Order

Home          GeoIP          minFraud          Contact          Company

What is GeoIP?   **GeoIP Demo**
Clients
Feature
Comparison       **MaxMind GeoIP City/ISP/Organization Edition Results**
Purchasing
GeoIP License
**Online Demo**
Buy Now

| Hostname | Country Code | Country Name | Region | Region Name | City | Postal Code | Latitude | Longitude | ISP | Organization | Metro Code | Area Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 72.194.66.183 | US | United States | CA | California | Mission Viejo | | 33.6000 | -117.6720 | Cox Communications | Cox Communications | 803 | 949 |

These results were generated with the Perl API and the commercial GeoIP City, GeoIP ISP, and GeoIP Organization databases.

To find countries and cities, enter IP addresses, separated by spaces:



To get a demo for your IP address, click here.

There is a limit of 25 demo lookups per day. Request a test account for more lookups.
You have **23** queries left.

MaxMind, GeoIP and related marks are registered trademarks of MaxMind, Inc.
Copyright © 2010 MaxMind, Inc. All Rights Reserved. Terms of use.

      
Support  My Account  FAQ  My Order

Home          GeoIP          minFraud          Contact          Company

What is GeoIP?
Clients
Feature Comparison
Purchasing
GeoIP License
**Online Demo**
Buy Now

**GeoIP Demo**

**MaxMind GeoIP City/ISP/Organization Edition Results**

| Hostname | Country Code | Country Name | Region | Region Name | City | Postal Code | Latitude | Longitude | ISP | Organization | Metro Code | Area Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 208.127.6.204 | US | United States | CA | California | Yorba Linda | | 33.8886 | -117.8131 | DSL Extreme | DSL Extreme | 803 | 714 |

These results were generated with the Perl API and the commercial GeoIP City, GeoIP ISP, and GeoIP Organization databases.

To find countries and cities, enter IP addresses, separated by spaces:



To get a demo for your IP address, click here.

There is a limit of 25 demo lookups per day. Request a test account for more lookups.
You have **22** queries left.

MaxMind, GeoIP and related marks are registered trademarks of MaxMind, Inc.
Copyright © 2010 MaxMind, Inc. All Rights Reserved. Terms of use.