## ADVANCED SEARCH

Enter one or more search criteria and click locate to find a court location. Click reset
to start a new search.

City: [Panorama City]     State: [California ▼]     Zip Code: [____]

Circuit: ⊕ [_____ ▼]     Court Type: [_____ ▼]

[Locate]   [reset]                    Results per page: [20 ▼]

28 results returned for: Panorama City, California

🏠 Main Office

| Circuit | Office Name | City | State | Zip | | Details |
|---------|-------------|------|-------|-----|---|---------|
| 09 | California Central Probation Office | Inglewood | CA | 90301-8774 | | Details |
| 09 | California Central Probation Office | Lancaster | CA | 93534-4761 | | Details |
| 09 | California Central Probation Office | Long Beach | CA | 90802-4222 | | Details |
| 09 | California Central Probation Office | Los Angeles | CA | 90012-4701 | 🏠 | Details |
| 09 | California Central Bankruptcy Court | Los Angeles | CA | 90012-3332 | 🏠 | Details |
| 09 | California Central Probation Office | Los Angeles | CA | 90012-3308 | | Details |
| 09 | California Central Pretrial Services | Los Angeles | CA | 90012-4701 | 🏠 | Details |
| 09 | California Central District Court | Los Angeles | CA | 90012-4701 | 🏠 | Details |
| 09 | California Central Federal Public Defender | Los Angeles | CA | 90012-4206 | 🏠 | Details |
| 09 | California Central Federal Public Defender | Riverside | CA | 92501-3229 | | Details |
| 09 | California Central District Court | Riverside | CA | 92501-3801 | | Details |
| 09 | California Central Pretrial Services | Riverside | CA | 92501-3801 | | Details |
| 09 | California Central Bankruptcy Court | Riverside | CA | 92501-3801 | | Details |
| 09 | California Central Probation Office | Riverside | CA | 92501-3801 | | Details |
| 09 | California Central Probation Office | San Bernardino | CA | 92401-1704 | | Details |
| 09 | California Central Probation Office | Santa Ana | CA | 92701 | | Details |
| 09 | California Central Bankruptcy Court | Santa Ana | CA | 92701 | | Details |
| 09 | California Central Pretrial Services | Santa Ana | CA | 92701 | | Details |
| 09 | California Central District Court | Santa Ana | CA | 92701 | | Details |
| 09 | California Central Federal Public Defender | Santa Ana | CA | 92701 | | Details |

1 2

# EXHIBIT "C"

Advanced Search

## ADVANCED SEARCH

Enter one or more search criteria and click locate to find a court location. Click reset
to start a new search.

City: Hacienda Heights    State: California    Zip Code: [  ]

Circuit: ⊕ [  ]    Court Type: [  ]

[ Locate ]    [ reset ]

Results per page: [20]

28 results returned for: Hacienda Heights, California

🏠 Main Office

| Circuit | Office Name | City | State | Zip | | Details |
|---|---|---|---|---|---|---|
| 09 | California Central Probation Office | Inglewood | CA | 90301-8774 | | Details |
| 09 | California Central Probation Office | Lancaster | CA | 93534-4761 | | Details |
| 09 | California Central Probation Office | Long Beach | CA | 90802-4222 | | Details |
| 09 | California Central Probation Office | Los Angeles | CA | 90012-4701 | 🏠 | Details |
| 09 | California Central Bankruptcy Court | Los Angeles | CA | 90012-3332 | 🏠 | Details |
| 09 | California Central Probation Office | Los Angeles | CA | 90012-3308 | | Details |
| 09 | California Central Pretrial Services | Los Angeles | CA | 90012-4701 | 🏠 | Details |
| 09 | California Central District Court | Los Angeles | CA | 90012-4701 | 🏠 | Details |
| 09 | California Central Federal Public Defender | Los Angeles | CA | 90012-4206 | 🏠 | Details |
| 09 | California Central Federal Public Defender | Riverside | CA | 92501-3229 | | Details |
| 09 | California Central District Court | Riverside | CA | 92501-3801 | | Details |
| 09 | California Central Pretrial Services | Riverside | CA | 92501-3801 | | Details |
| 09 | California Central Bankruptcy Court | Riverside | CA | 92501-3801 | | Details |
| 09 | California Central Probation Office | Riverside | CA | 92501-3801 | | Details |
| 09 | California Central Probation Office | San Bernardino | CA | 92401-1704 | | Details |
| 09 | California Central Probation Office | Santa Ana | CA | 92701 | | Details |
| 09 | California Central Bankruptcy Court | Santa Ana | CA | 92701 | | Details |
| 09 | California Central Pretrial Services | Santa Ana | CA | 92701 | | Details |
| 09 | California Central District Court | Santa Ana | CA | 92701 | | Details |
| 09 | California Central Federal Public Defender | Santa Ana | CA | 92701 | | Details |

1  2

## ADVANCED SEARCH

Enter one or more search criteria and click locate to find a court location. Click reset
to start a new search.

City: `Montclair`          State: `California`  ▼     Zip Code: `_____`

Circuit: ❷ `_____` ▼     Court Type: `_____` ▼

`Locate`     `reset`                    Results per page: `20` ▼

**28 results returned for: Montclair, California**

🏠 Main Office

| Circuit | Office Name | City | State | Zip | | Details |
|---------|-------------|------|-------|-----|---|---------|
| 09 | California Central Probation Office | Inglewood | CA | 90301-8774 | | Details |
| 09 | California Central Probation Office | Lancaster | CA | 93534-4761 | | Details |
| 09 | California Central Probation Office | Long Beach | CA | 90802-4222 | | Details |
| 09 | California Central Probation Office | Los Angeles | CA | 90012-4701 | 🏠 | Details |
| 09 | California Central Bankruptcy Court | Los Angeles | CA | 90012-3332 | 🏠 | Details |
| 09 | California Central Probation Office | Los Angeles | CA | 90012-3308 | | Details |
| 09 | California Central Pretrial Services | Los Angeles | CA | 90012-4701 | 🏠 | Details |
| 09 | California Central District Court | Los Angeles | CA | 90012-4701 | 🏠 | Details |
| 09 | California Central Federal Public Defender | Los Angeles | CA | 90012-4206 | 🏠 | Details |
| 09 | California Central Federal Public Defender | Riverside | CA | 92501-3229 | | Details |
| 09 | California Central District Court | Riverside | CA | 92501-3801 | | Details |
| 09 | California Central Pretrial Services | Riverside | CA | 92501-3801 | | Details |
| 09 | California Central Bankruptcy Court | Riverside | CA | 92501-3801 | | Details |
| 09 | California Central Probation Office | Riverside | CA | 92501-3801 | | Details |
| 09 | California Central Probation Office | San Bernardino | CA | 92401-1704 | | Details |
| 09 | California Central Probation Office | Santa Ana | CA | 92701 | | Details |
| 09 | California Central Bankruptcy Court | Santa Ana | CA | 92701 | | Details |
| 09 | California Central Pretrial Services | Santa Ana | CA | 92701 | | Details |
| 09 | California Central District Court | Santa Ana | CA | 92701 | | Details |
| 09 | California Central Federal Public Defender | Santa Ana | CA | 92701 | | Details |

1  2

## ADVANCED SEARCH

Enter one or more search criteria and click locate to find a court location. Click reset
to start a new search.

City: [Yorba Linda]    State: [California ▼]    Zip Code: [____]

Circuit: ⊘ [_____ ▼]    Court Type: [_____ ▼]

[ Locate ]  [ reset ]

Results per page: [20 ▼]

**28 results returned for: Yorba Linda , California**

🏛 Main Office

| Circuit | Office Name | City | State | Zip | | Details |
|---|---|---|---|---|---|---|
| 09 | California Central Probation Office | Inglewood | CA | 90301-8774 | | Details |
| 09 | California Central Probation Office | Lancaster | CA | 93534-4761 | | Details |
| 09 | California Central Probation Office | Long Beach | CA | 90802-4222 | | Details |
| 09 | California Central Probation Office | Los Angeles | CA | 90012-4701 | 🏛 | Details |
| 09 | California Central Bankruptcy Court | Los Angeles | CA | 90012-3332 | 🏛 | Details |
| 09 | California Central Probation Office | Los Angeles | CA | 90012-3308 | | Details |
| 09 | California Central Pretrial Services | Los Angeles | CA | 90012-4701 | 🏛 | Details |
| 09 | California Central District Court | Los Angeles | CA | 90012-4701 | 🏛 | Details |
| 09 | California Central Federal Public Defender | Los Angeles | CA | 90012-4206 | 🏛 | Details |
| 09 | California Central Federal Public Defender | Riverside | CA | 92501-3229 | | Details |
| 09 | California Central District Court | Riverside | CA | 92501-3801 | | Details |
| 09 | California Central Pretrial Services | Riverside | CA | 92501-3801 | | Details |
| 09 | California Central Bankruptcy Court | Riverside | CA | 92501-3801 | | Details |
| 09 | California Central Probation Office | Riverside | CA | 92501-3801 | | Details |
| 09 | California Central Probation Office | San Bernardino | CA | 92401-1704 | | Details |
| 09 | California Central Probation Office | Santa Ana | CA | 92701 | | Details |
| 09 | California Central Bankruptcy Court | Santa Ana | CA | 92701 | | Details |
| 09 | California Central Pretrial Services | Santa Ana | CA | 92701 | | Details |
| 09 | California Central District Court | Santa Ana | CA | 92701 | | Details |
| 09 | California Central Federal Public Defender | Santa Ana | CA | 92701 | | Details |

1 2

## ADVANCED SEARCH

Enter one or more search criteria and click locate to find a court location. Click reset
to start a new search.

City: [Downey]    State: [California ▼]    Zip Code: [    ]

Circuit: ⊕ [          ▼]    Court Type: [          ▼]

[ Locate ]   [ reset ]       Results per page: [20 ▼]

**28 results returned for: Downey, California**

🏤 Main Office

| Circuit | Office Name | City | State | Zip | | Details |
|---------|-------------|------|-------|-----|---|---------|
| 09 | California Central Probation Office | Inglewood | CA | 90301-8774 | | Details |
| 09 | California Central Probation Office | Lancaster | CA | 93534-4751 | | Details |
| 09 | California Central Probation Office | Long Beach | CA | 90802-4222 | | Details |
| 09 | California Central Probation Office | Los Angeles | CA | 90012-4701 | 🏤 | Details |
| 09 | California Central Bankruptcy Court | Los Angeles | CA | 90012-3332 | 🏤 | Details |
| 09 | California Central Probation Office | Los Angeles | CA | 90012-3308 | | Details |
| 09 | California Central Pretrial Services | Los Angeles | CA | 90012-4701 | 🏤 | Details |
| 09 | California Central District Court | Los Angeles | CA | 90012-4701 | 🏤 | Details |
| 09 | California Central Federal Public Defender | Los Angeles | CA | 90012-4206 | 🏤 | Details |
| 09 | California Central Federal Public Defender | Riverside | CA | 92501-3229 | | Details |
| 09 | California Central District Court | Riverside | CA | 92501-3801 | | Details |
| 09 | California Central Pretrial Services | Riverside | CA | 92501-3801 | | Details |
| 09 | California Central Bankruptcy Court | Riverside | CA | 92501-3801 | | Details |
| 09 | California Central Probation Office | Riverside | CA | 92501-3801 | | Details |
| 09 | California Central Probation Office | San Bernardino | CA | 92401-1704 | | Details |
| 09 | California Central Probation Office | Santa Ana | CA | 92701 | | Details |
| 09 | California Central Bankruptcy Court | Santa Ana | CA | 92701 | | Details |
| 09 | California Central Pretrial Services | Santa Ana | CA | 92701 | | Details |
| 09 | California Central District Court | Santa Ana | CA | 92701 | | Details |
| 09 | California Central Federal Public Defender | Santa Ana | CA | 92701 | | Details |

1 2

## ADVANCED SEARCH

Enter one or more search criteria and click locate to find a court location. Click reset
to start a new search.

City: Van Nuys        State: California     Zip Code: ____

Circuit: ____        Court Type: ____

Locate   reset                    Results per page: 20

28 results returned for: Van Nuys, California

🏛 Main Office

| Circuit | Office Name | City | State | Zip | | Details |
|---|---|---|---|---|---|---|
| 09 | California Central Probation Office | Inglewood | CA | 90301-8774 | | Details |
| 09 | California Central Probation Office | Lancaster | CA | 93534-4761 | | Details |
| 09 | California Central Probation Office | Long Beach | CA | 90802-4222 | | Details |
| 09 | California Central Probation Office | Los Angeles | CA | 90012-4701 | 🏛 | Details |
| 09 | California Central Bankruptcy Court | Los Angeles | CA | 90012-3332 | 🏛 | Details |
| 09 | California Central Probation Office | Los Angeles | CA | 90012-3308 | | Details |
| 09 | California Central Pretrial Services | Los Angeles | CA | 90012-4701 | 🏛 | Details |
| 09 | California Central District Court | Los Angeles | CA | 90012-4701 | 🏛 | Details |
| 09 | California Central Federal Public Defender | Los Angeles | CA | 90012-4206 | 🏛 | Details |
| 09 | California Central Federal Public Defender | Riverside | CA | 92501-3229 | | Details |
| 09 | California Central District Court | Riverside | CA | 92501-3801 | | Details |
| 09 | California Central Pretrial Services | Riverside | CA | 92501-3801 | | Details |
| 09 | California Central Bankruptcy Court | Riverside | CA | 92501-3801 | | Details |
| 09 | California Central Probation Office | Riverside | CA | 92501-3801 | | Details |
| 09 | California Central Probation Office | San Bernardino | CA | 92401-1704 | | Details |
| 09 | California Central Probation Office | Santa Ana | CA | 92701 | | Details |
| 09 | California Central Bankruptcy Court | Santa Ana | CA | 92701 | | Details |
| 09 | California Central Pretrial Services | Santa Ana | CA | 92701 | | Details |
| 09 | California Central District Court | Santa Ana | CA | 92701 | | Details |
| 09 | California Central Federal Public Defender | Santa Ana | CA | 92701 | | Details |

1 2

Advanced Search

## ADVANCED SEARCH

Enter one or more search criteria and click locate to find a court location. Click reset
to start a new search.

City: La Habra    State: California    Zip Code:

Circuit: @    Court Type:

Locate    reset

Results per page: 20

28 results returned for: La Habra, California

🏠 Main Office

| Circuit | Office Name | City | State | Zip | | Details |
|---------|-------------|------|-------|-----|---|---------|
| 09 | California Central Probation Office | Inglewood | CA | 90301-8774 | | Details |
| 09 | California Central Probation Office | Lancaster | CA | 93534-4761 | | Details |
| 09 | California Central Probation Office | Long Beach | CA | 90802-4222 | | Details |
| 09 | California Central Probation Office | Los Angeles | CA | 90012-4701 | 🏠 | Details |
| 09 | California Central Bankruptcy Court | Los Angeles | CA | 90012-3332 | 🏠 | Details |
| 09 | California Central Probation Office | Los Angeles | CA | 90012-3308 | | Details |
| 09 | California Central Pretrial Services | Los Angeles | CA | 90012-4701 | 🏠 | Details |
| 09 | California Central District Court | Los Angeles | CA | 90012-4701 | 🏠 | Details |
| 09 | California Central Federal Public Defender | Los Angeles | CA | 90012-4206 | 🏠 | Details |
| 09 | California Central Federal Public Defender | Riverside | CA | 92501-3229 | | Details |
| 09 | California Central District Court | Riverside | CA | 92501-3801 | | Details |
| 09 | California Central Pretrial Services | Riverside | CA | 92501-3801 | | Details |
| 09 | California Central Bankruptcy Court | Riverside | CA | 92501-3801 | | Details |
| 09 | California Central Probation Office | Riverside | CA | 92501-3801 | | Details |
| 09 | California Central Probation Office | San Bernardino | CA | 92401-1704 | | Details |
| 09 | California Central Probation Office | Santa Ana | CA | 92701 | | Details |
| 09 | California Central Bankruptcy Court | Santa Ana | CA | 92701 | | Details |
| 09 | California Central Pretrial Services | Santa Ana | CA | 92701 | | Details |
| 09 | California Central District Court | Santa Ana | CA | 92701 | | Details |
| 09 | California Central Federal Public Defender | Santa Ana | CA | 92701 | | Details |

1  2

## ADVANCED SEARCH

Enter one or more search criteria and click locate to find a court location. Click reset
to start a new search.

City: Montebello    State: California ▾    Zip Code: ___

Circuit: ⊕ [      ▾]    Court Type: [      ▾]

Locate    reset                    Results per page: 20 ▾

28 results returned for: Montebello, California

🏠 Main Office

| Circuit | Office Name | City | State | Zip | | Details |
|---|---|---|---|---|---|---|
| 09 | California Central Probation Office | Inglewood | CA | 90301-8774 | | Details |
| 09 | California Central Probation Office | Lancaster | CA | 93534-4761 | | Details |
| 09 | California Central Probation Office | Long Beach | CA | 90802-4222 | | Details |
| 09 | California Central Probation Office | Los Angeles | CA | 90012-4701 | 🏠 | Details |
| 09 | California Central Bankruptcy Court | Los Angeles | CA | 90012-3332 | 🏠 | Details |
| 09 | California Central Probation Office | Los Angeles | CA | 90012-3308 | | Details |
| 09 | California Central Pretrial Services | Los Angeles | CA | 90012-4701 | 🏠 | Details |
| 09 | California Central District Court | Los Angeles | CA | 90012-4701 | 🏠 | Details |
| 09 | California Central Federal Public Defender | Los Angeles | CA | 90012-4206 | 🏠 | Details |
| 09 | California Central Federal Public Defender | Riverside | CA | 92501-3229 | | Details |
| 09 | California Central District Court | Riverside | CA | 92501-3801 | | Details |
| 09 | California Central Pretrial Services | Riverside | CA | 92501-3801 | | Details |
| 09 | California Central Bankruptcy Court | Riverside | CA | 92501-3801 | | Details |
| 09 | California Central Probation Office | Riverside | CA | 92501-3801 | | Details |
| 09 | California Central Probation Office | San Bernardino | CA | 92401-1704 | | Details |
| 09 | California Central Probation Office | Santa Ana | CA | 92701 | | Details |
| 09 | California Central Bankruptcy Court | Santa Ana | CA | 92701 | | Details |
| 09 | California Central Pretrial Services | Santa Ana | CA | 92701 | | Details |
| 09 | California Central District Court | Santa Ana | CA | 92701 | | Details |
| 09 | California Central Federal Public Defender | Santa Ana | CA | 92701 | | Details |

1 2