UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:12-cv-01642-RGK-SS; 2:12-cv-03614-RGK-SS; 2:12-cv-03615-RGK-SS; 2:12-cv-03617-RGK-SS; 2:12-cv-03619-RGK-SS; 2:12-cv-03620-RGK-SS; 2:12-cv-03621-RGK-SS; 2:12-cv-03622-RGK-SS; 2:12-cv-03623-RGK-SS; 2:12-cv-04649-RGK-SS; 2:12-cv-04650-RGK-SS; 2:12-cv-04651-RGK-SS; 2:12-cv-04652-RGK-SS; 2:12-cv-04653-RGK-SS; 2:12-cv-01647-RGK-SS; 2:12-cv-04654-RGK-SS; 8:12-cv-00652-RGK-SS; 2:12-cv-04656-RGK-SS; 2:12-cv-04657-RGK-SS; 2:12-cv-04658-RGK-SS; 2:12-cv-04660-RGK-SS; 2:12-cv-04661-RGK-SS; 2:12-cv-04662-RGK-SS; 2:12-cv-05592-RGK-SS; 2:12-cv-05593-RGK-SS; 2:12-cv-05594-RGK-SS; 2:12-cv-05595-RGK-SS; 8:12-cv-00647-RGK-SS; 8:12-cv-00649-RGK-SS; 8:12-cv-00650-RGK-SS; 8:12-cv-00651-RGK-SS; 2:12-cv-05596-RGK-SS | Date | July 31, 2012 |
| --- | --- | --- | --- |
| Title | MALIBU MEDIA LLC v. JOHN DOES 1-10 | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
| --- | --- | --- |
| S. Williams, Not Present | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:       Attorneys Present for Defendants:

Not Present                                            Not Present

**Proceedings:**      (IN CHAMBERS) Order Discharging Court's July 10, 2012 Order to Show Cause

Upon full review and consideration of the briefing and supplemental briefing submitted by the Plaintiff in these cases, the Court hereby discharges its Order to Show Cause re: personal jurisdiction issued on July 10, 2012 (order can be found at docket entry 10 in lead case, 2:12-cv-1642).

Because the Court vacated any subpoenas that had previously been authorized, Plaintiff may only proceed with discovery upon further motion to the Court. In the event of such motion, Plaintiff should discuss whether these cases could survive a motion to dismiss for improper joinder.

**IT IS SO ORDERED.**