UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 12-01642-RGK (SSx) | Date | September 12, 2012 |
|---|---|---|---|
| Title | MALIBU MEDIA LLC v. JOHN DOES | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| S. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**     **(IN CHAMBERS)** Plaintiff's Second Motion for Leave to Serve Third Party Subpoenas Prior to Rule 26(f) Conference (DE 28)

ALSO RELATES TO:

| | |
|---|---|
| CV 12-01647-RGK (Ssx) at DE 30 | CV 12-04657-RGK (Ssx) at DE 11 |
| CV 12-03614-RGK (Ssx) at DE 30 | CV 12-04658-RGK (Ssx) at DE 13 |
| CV 12-03615-RGK (Ssx) at DE 27 | CV 12-04660-RGK (Ssx) at DE 20 |
| CV 12-03617-RGK (Ssx) at DE 13 | CV 12-04661-RGK (Ssx) at DE 14 |
| CV 12-03619-RGK (Ssx) at DE 16 | CV 12-04662-RGK (Ssx) at DE 19 |
| CV 12-03620-RGK (Ssx) at DE 16 | SA CV 12-00647-RGK (Ssx) at DE 14 |
| CV 12-03621-RGK (Ssx) at DE 12 | SA CV 12-00649-RGK (Ssx) at DE 13 |
| CV 12-03622-RGK (Ssx) at DE 21 | SA CV 12-00650-RGK (Ssx) at DE 17 |
| CV 12-03623-RGK (Ssx) at DE 12 | SA CV 12-00651-RGK (Ssx) at DE 21 |
| CV 12-04649-RGK (Ssx) at DE 15 | SA CV 12-00652-RGK (Ssx) at DE 12 |
| CV 12-04650-RGK (Ssx) at DE 11 | |
| CV 12-04651-RGK (Ssx) at DE 12 | |
| CV 12-04652-RGK (Ssx) at DE 11 | |
| CV 12-04653-RGK (Ssx) at DE 17 | |
| CV 12-04654-RGK (Ssx) at DE 11 | |
| CV 12-04656-RGK (Ssx) at DE 19 | |

       The Court hereby advises counsel that the above-referenced motion, noticed for hearing on September 17, 2012, has been taken **under submission** and off the motion calendar.  **No appearances by counsel are necessary**.  The Court will issue a ruling after full consideration of properly submitted pleadings.

       **IT IS SO ORDERED.**